# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

August 26, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States<br><br>                    Plaintiff,<br><br>           - *against* -<br><br>Vaughan, et al<br><br>                    Defendants. | **SCHEDULING ORDER**<br><br>: 7:22-cr-00452 |

TO ALL PARTIES

The Court has scheduled an **arraignment on an indictment** before the Honorable Paul E. Davison on **August 26, 2022 at 1 PM in Courtroom 420 .**

As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19,which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea,vomiting, congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of tasteor smell, and diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those ofa mild common cold or allergies. Please err on the side of caution; stay home, and test if you have

ANY symptoms.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Aug 26, 2022**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge