# Law Offices of
# Daniel A. Hochheiser

ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

February 23, 2023

**Via ECF and Email**
Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Application granted.

SO ORDERED.

*[signature]* 2/23/23
CATHY SEIBEL, U.S.D.J.

Re:   *U.S. v. Shaquel Vaughan*, 22 CR 452 (CS)
      **APPLICATION TO PERMIT SUBMISSION OF INTERIM VOUCHERS**

Your Honor:

    Since August 12, 2022, I have represented Vaughan as appointed counsel pursuant to the Criminal Justice Act. Please endorse this letter motion to grant me, as CJA counsel, permission to file interim vouchers on the eVoucher system.

                                        Respectfully submitted,

                                        Daniel A. Hochheiser

Cc: all counsel via ECF