AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shaqual Vaughan | ) | Case No: 22-CR-452-1 (CS) |
|  | ) | USM No: 81289-509 |
| Date of Original Judgment: 10/11/2023 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. Vaughn is not eligible for a sentence reduction under 18 U.S.C. § 3582(cc) based on his having zero criminal history points, for at least two reasons.  First, because the evidence clearly showed that he induced another to possess and transport a firearm, he is not qualified for the zero-criminal-history-point reduction pursuant to U.S.S.G. § 4C1.1(a)(7).  Second, even if he were eligible for the reduction, that would only reduce his offense level from 37 to 35, and his Sentencing Guidelines range from 210-262 months to 168-210 months.  Under U.S.S.G. § 1B1.10, a sentence cannot be reduced below the low end of the amended range, and because Mr. Vaughn's 144-month sentence is already below the low end, no further reduction is permitted.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/03/2024

*Cathy Seibel*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Cathy Seibel, U.S.D.J.
*Printed name and title*